IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **OWNERS INSURANCE COMPANY,** )<br>        Plaintiff,            )<br>                               )<br>v.                             )   CIVIL ACTION: 1:23-00113-KD-N<br>                               )<br>**COSMO'S RESTAURANT & BAR, INC.,** )<br>*et al.*,                      )<br>        Defendants.           ) | |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 55) made under 28 U.S.C. § 636(a)-(b), Fed.R.Civ.P. 72, S.D. Ala. GenLR 72, and dated December 18, 2023, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Defendant Cosmo's Restaurant & Bar, Inc. (Cosmo's) motion to dismiss (Doc. 50) is **GRANTED**; Plaintiff Owner Insurance Co. (Owners)' Complaint (Doc. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction; Cosmo's amended counterclaims (Doc. 24) are **DISMISSED** without prejudice; Owners' motion to dismiss Cosmo's amended counterclaims (Doc. 31) is **DENIED** as moot; and Owners' motion for sanctions (Doc. 40) is **DENIED.**

**DONE** and **ORDERED** this the **18th** day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**