**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OWNERS INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION: 1:23-00113-KD-N** |
| | ) | |
| **COSMO'S RESTAURANT & BAR, INC.,** | ) | |
| *et al.*, | ) | |
| **Defendants.** | ) | |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendant Cosmo's Restaurant & Bar, Inc. (Cosmo's) motion to dismiss (Doc. 50) is **GRANTED**; Plaintiff Owner Insurance Co. (Owners)' Complaint (Doc. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction; Cosmo's amended counterclaims (Doc. 24) are **DISMISSED** without prejudice; Owners' motion to dismiss Cosmo's amended counterclaims (Doc. 31) is **DENIED** as moot; and Owners' motion for sanctions (Doc. 40) is **DENIED.**

**DONE** and **ORDERED** this the **18th** day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**